1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

5

6 | DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

7 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
8 | Telephone: (408) 535-5035
Fax: (408) 535-5066
9 | E-Mail: grant.fondo@usdoj.gov

10 | Attorneys for Plaintiff

**FILED**

OCT 2 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,               )   No. CR 11-00308 DLJ
                                        )
            v.                          )   STIPULATION CONTINUING
                                        )   ARRAIGNMENT ON SECOND
NORMA VALDOVINOS, ET AL.,               )   SUPERSEDING INDICTMENT;
                                        )   ORDER [proposed]
            Defendants.                 )
                                        )

The United States, by and through its counsel of record, Assistant United States Attorneys Grant P. Fondo and David R. Callaway, and defendants Linda Tran, Elaine Ly, John Nguyen, and Pablo Curiel, hereby file this stipulation, requesting that the defendants' arraignment on the Second Superseding Indictment be rescheduled from October 11, 2012, to November 1, 2012, at 1:30 p.m., before the Honorable Howard R. Lloyd. The basis for the continuance is to accommodate defense counsel's schedules.

//

//

//

STIP RE ARRAIGNMENT; [PROPOSED] ORDER
CR 11-00308 DLJ

DATED: October 17, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/
_____
GRANT P. FONDO
DAVID R. CALLAWAY
Assistant United States Attorneys

/S/
_____
ROBERT CAREY
Counsel for Defendant Tran

/S/
_____
JEANE DEKELVER
Counsel for Defendant LY

/S/
_____
MATTHEW JACOBS
Counsel for Defendant Nguyen

/S/
_____
THOMAS FERRITO
Counsel for Defendant Curiel

## ORDER

Based on the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the arraignment for defendants Tran, Ly, Nguyen, and Curiel shall be rescheduled to November 1, 2012, at 1:30 p.m. before The Honorable Howard R. Lloyd, United States Magistrate Judge.

DATED: 10/22/12

_____
Howard R. Lloyd
United States District Judge

STIP RE ARRAIGNMENT; [PROPOSED] ORDER
CR 11-00308 DLJ

1