1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
   DAVID R. CALLAWAY (CABN 121782)
6  Assistant United States Attorney

7      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
8      Telephone: (408) 535-5035
       Fax:  (408) 535-5066
9      E-Mail: grant.fondo@usdoj.gov

10 Attorneys for Plaintiff

11
                    IN THE UNITED STATES DISTRICT COURT
12                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                             SAN JOSE DIVISION
13
                                              )
14 UNITED STATES OF AMERICA,                  )
                                              )   No. CR-11-00308 DLJ
15                                            )
            v.                                )   PARTIES' STIPULATION CONTINUING
16                                            )   APRIL 25, 2013, STATUS CONFERENCE
                                              )   AND [] ORDER
17 NORMA VALDOVINOS, ET AL.,                  )
                      Defendants.             )
18 _____)

19     The United States, by and through its counsel of record, Assistant United States Attorneys Grant

20 P. Fondo and David R. Callaway, and defendants Linda Tran, Elaine Ly, John Nguyen, and Pablo

21 Curiel, through their counsel, hereby file this stipulation.  Counsel for Defendant John Nguyen is

22 unable to attend the parties' next status conference scheduled for April 25, 2013, at 1:30 p.m.

23 Therefore, the parties request the status hearing be rescheduled to May 2, 2013, at 1:30 p.m.  The

24 government intends, at that hearing, to request a new trial date.

25     Counsel for the defendant requested that time be excluded under the Speedy Trial Act between

26 April 18, 2013 (the date through which time was previously excluded) and May 2, 2013, because

27

28
   STIP RE STATUS, SPEEDY TRIAL, [] ORDER
   CR 11-00308 DLJ

1 | counsel for defendant John Nguyen is unavailable, and defense counsel need additional time to
2 | review discovery produced by the FDIC. The government has no objection to excluding time.
3 |
4 | DATED: April 17, 2013                    Respectfully submitted,
5 |                                          MELINDA HAAG
6 |                                          United States Attorney
7 |                                                    /S/
                                             _____
8 |                                          GRANT P. FONDO
                                             DAVID R. CALLAWAY
9 |                                          Assistant United States Attorneys

11 |                                                  /S/
                                             _____
                                             ROBERT CAREY
12 |                                          Counsel for Defendant Tran

13 |                                                  /S/
                                             _____
                                             JEANE DEKELVER
14 |                                          Counsel for Defendant LY

16 |                                                  /S/
                                             _____
                                             MATTHEW JACOBS
17 |                                          Counsel for Defendant Nguyen

19 |                                                  /S/
                                             _____
                                             THOMAS FERRITO
                                             Counsel for Defendant Curiel

STIP RE STATUS, SPEEDY TRIAL, [] ORDER
CR 11-00308 DLJ

1

1  [] ORDER

2  Based on the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that the
3  parties' April 18, 2013, status hearing is rescheduled to May 2, 2013, at 1:30 p.m., before the
4  undersigned.

5  Based upon the representation of counsel and for good cause shown, the Court finds that failing
6  to exclude the time between April 18, 2013, and May 2, 2013, would unreasonably deny the
7  defendant continuity of counsel and would deny counsel the reasonable time necessary for effective
8  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The
9  Court further finds that the ends of justice served by excluding the time between April 18, 2013, and
10 May 2, 2013, from computation under the Speedy Trial Act outweigh the best interests of the public
11 and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between
12 April 18, 2013, and May 2, 2013, shall be excluded from computation under the Speedy Trial Act.
13 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15 IT IS SO ORDERED.
16 DATED: _____           _____
17                                     D. LOWELL JENSEN
                                       United States District Judge

STIP RE STATUS, SPEEDY TRIAL, [] ORDER
CR 11-00308 DLJ

2