ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
LINDA TRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   CR-11-00308 DLJ |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |
| vs. | |
| LINDA TRAN, et al., | |
| Defendants. | |

ITS IS HEREBY STIPULATED, by and between AMIE ROONEY, attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., attorney for Defendant LINDA TRAN, that the date set for judgment and sentence which is currently set for December 5, 2013, at 10:00 a.m., be continued to Thursday, April 17, 2014, at 10:00 a.m.  This continuance is requested for the following reasons:

   1. The Defendant LINDA TRAN is currently in the process of fulfilling her obligations under the plea agreement in this matter and it appears that those obligations cannot be accomplished until after the end of March 2014.

   2. The parties are requesting additional time to prepare for sentencing in this case.  The Presentence Report in this matter has not yet been completed, and the parties both require additional time permit preparation of the Presentence Report.  The parties accordingly request additional time to

1  complete the presentence process.

2      For these reasons, the parties respectfully request that the Court continue
3  the sentencing hearing in case from December 5, 2013 to April 17, 2014 at
4  10:00 a.m.  The probation office has no objection to the requested continuance.

7      IT IS SO STIPULATED.

9  DATED: November 15, 2013        CAREY & CAREY

11                                     /S/
                            ROBERT E. CAREY, JR. Attorneys for
                            Defendant LINDA TRAN

13  DATED: November 15, 2013        UNITED STATES OF AMERICA

16                                   /S/
                            AMIE ROONEY
                            Assistant U.S. Attorney

19                                 ORDER

21      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
22  and decreed, that the judgment and sentencing of LINDA TRAN, which is
23  currently set for December 5, 2013, at 10:00 a.m., be continued until April 17,
24  2014 at 10:00 a.m.

25  IT IS SO ORDERED.

27  DATED: FF10CEDFH                                          
                                         HON. D. LOWELL JENSEN