1 ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
2 706 COWPER STREET
P.O. BOX 1040
3 PALO ALTO, CA  94302-1040
650/328-5510
4 650/853-3632 FAX

5 Attorneys for Defendant
LINDA TRAN

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              | CASE NO.   CR-11-00308 DLJ
                                                                     |
11                      Plaintiff,              | STIPULATION TO CONTINUE DATE
                                                                     | SET FOR JUDGMENT AND
12        vs.                                    | SENTENCING AND []
                                                                     | ORDER THEREON
13 LINDA TRAN, et al.,                      |
                                                                     |
14                      Defendants.          |

15

16        ITS IS HEREBY STIPULATED, by and between AMIE ROONEY, attorney

17 for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., attorney for

18 Defendant LINDA TRAN, that the date set for judgment and sentence which is

19 currently set for Thursday, April 17, 2014, at 10:00 a.m. be continued to

20 Thursday, August 28, 2014 at 10:00 a.m.  This continuance is requested for the

21 following reasons:

22        1.  The Defendant LINDA TRAN is currently in the process of fulfilling her

23 obligations under the plea agreement in this matter and it appears that  those

24 obligations cannot be accomplished until after the end of August 2014.

25        2.  The parties are requesting additional time to prepare for sentencing

26 in this case.   The Presentence Report in this matter has not yet been

27 completed, and the parties both require additional time permit preparation of

28 the Presentence Report.  The parties accordingly request additional time to

1  complete the presentence process.

2      For these reasons, the parties respectfully request that the Court continue

3  the sentencing hearing in case from April 17, 2014, at 10:00 a.m. be continued

4  to August 28, 2014 at 10:00 a.m.  The probation office has no objection to the

5  requested continuance.

6

7

8      IT IS SO STIPULATED.

9

10  DATED: March 10, 2014          CAREY & CAREY

11

12                                 /S/
                                   ROBERT E. CAREY, JR. Attorneys for
                                   Defendant LINDA TRAN
13

14  DATED: March 10, 2014          UNITED STATES OF AMERICA

15

16                                 /S/
17                                 AMIE ROONEY
                                   Assistant U.S. Attorney
18

19

20                              ORDER

21      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

22  and decreed, that the judgment and sentencing of LINDA TRAN, which is

23  currently set for April 17, 2014, at 10:00 a.m. be continued to Thursday,

24  August 28, 2014 at 10:00 a.m.

25  IT IS SO ORDERED.

26

27

28  DATED:  ᴴᴰᴳᴱᴵ                  _____
                                   HON. D. LOWELL JENSEN

                                   2
STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON