1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   LINDA TRAN

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  CR-11-00308 DLJ |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |
| vs. | |
| LINDA TRAN, et al., | |
| Defendants. | |

ITS IS HEREBY STIPULATED, by and between AMIE ROONEY, attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., attorney for Defendant LINDA TRAN, that the date set for judgment and sentence which is currently set for Thursday, August 28, 2014, at 10:00 a.m. be continued to Thursday, October 2, 2014 at 10:00 a.m.  This continuance is requested because counsel for Linda Tran recently experienced some medical issues which have delayed his preparation of this matter.

For this reason, the parties respectfully request that the Court continue the sentencing hearing in case from August 28, 2014, at 10:00 a.m. be continued to October 2, 2014 at 10:00 a.m.  The probation office has no objection to the requested continuance.

1     IT IS SO STIPULATED.

3 DATED: August 21, 2014        CAREY & CAREY

                                       /S/
5                                ROBERT E. CAREY, JR. Attorneys for Defendant LINDA TRAN

7 DATED: August 21, 2014        UNITED STATES OF AMERICA

                                       /S/
10                               AMIE ROONEY
                              Assistant U.S. Attorney

13                             <u>ORDER</u>

14     GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of LINDA TRAN, which is currently set for August 28, 2014, at 10:00 a.m. be continued to Thursday, October 2, 2014 at 10:00 a.m.

IT IS SO ORDERED.

DATED: Ì ВÔÎ ĐI                                           
                               HON. D. LOWELL JENSEN